FILED
OCT 2 2 2001

ENTERED
OCT 2 3 2001
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Bk. No. LA83-18026-BR |
| BULLION RESERVE OF ) | |
| NORTH AMERICA ) | |
| ) | ORDER DENYING REQUEST FOR |
| ) | RELEASE OF UNCLAIMED FUNDS |
| ) | (28 U.S.C. Section 2042, |
| Debtor (s) ) | Bankruptcy Rule 9013, |
| ) | Bankruptcy Local Rule 3011-1) |

On September 26, 2001 Harold T. Dodge, Jr. Attorney for the Estate of Harry Swinburne, Jr. c/o Washington Research Trust filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-6866 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. Part # _____ Of the motion has not been completed.

_____ 4. It appears that a copy of the motion was not sent to the claimant.

_____ 5. An original power of attorney was not submitted.

_____   6.   The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____   7.   The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____   8.   The motion does not list the trustee in the case as having been noticed.

_____   9.   There are no supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____   10.  The corporate seal is not stamped on the power of attorney.

_____   11.  The name on the corporate seal does not match the name listed on the claim.

_____   12.  There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____   13.  The supporting documentation that is provided are not certified copies.

_____   14.  Fund locator submitting this claim has failed to register with this court.

_____   15.  The claimant's signatures are not notarized.

__X__    16.  No document as a declaration under penalty of perjury explains why the executor of the will, Margaret S. Dodge, and the ex-wife Elizabeth Anne Swinburne aka Elizabeth Anne Phillips did not sign the motion.

_____   17.  Other:

_____          ___/9/22/01___
United States Bankruptcy Judge                    Date

JUST - REV. 04/00