**ORIGINAL**

FILED
DEC 5 2003
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CA

FILED
DEC 5 2003
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

Bullion Reserve
of North America

Debtor(s).

BK. No. LA 83-18026-BR

**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS**

Hearing Date:
Time:
Place:

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,627.73 which is the sum of all monies deposited with the court on the following date(s) 11/17/2000 on behalf of the creditor Carl D. Young on claim No.(s) 3424

2. (Please check and complete the applicable subparagraph (s) below):
   ✓ A.   I am the creditor named in paragraph 1.
   ___ B.   I am an employee of the creditor named in paragraph 1 and my title is
   _____.
   ___ C.   I am the creditor and have appointed
   _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

1

____D.   Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____

_____

_____

_____

_____

3. Please complete each of the following subparagraphs:

   A.   The following is the creditor's address and phone number:

   Carl Young
   803 Mesquite Ave.
   Magnolia, TX. 77354-0000
   936-321-2684

   B.   And a brief history of the creditor (from the filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s), and any changes of address. Submit evidence establishing the sale of the company from the prior to the new owners(s):

_____

_____

_____

_____

_____

_____

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years or both, if I have knowingly and fraudulently made any false statements in this document.

2

1     5.    On __11-11-03__, a fully completed copy of this document
2            was mailed to the:

United States Attorney                United States Trustee's Office
312 North Spring Street            725 South Figueroa Street, 26th Floor
Los Angeles, CA 90012          Los Angeles, CA 90017

Please insert the address of the Trustee (or Reorganized Debtor, or other Fiduciary in charge of claims):

_____

_____

_____

(Corporate Seal           _Carl D Young_
If applicable)                Creditor's Signature*

                             _Carl D Young_
                             Type or Print Creditor's Name

                             _803 Mesquite Ave._
                             Creditor's Address

                             _Magnolia, TX 77354-000_

State of __TEXAS__            )
                             ) ss.
County of __Harris__           )

On __Nov 11, 2003__ before me, (insert name and title of the signer), personally appeared

__Carl D Young__

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. **WITNESS** my hand and official seal.

Signature _Bonney Dahlquist_
My commission expires on _____.

                                                          [SEAL: Bonney Dahlquist, Notary Public, State of Texas, My Commission Expires SEPTEMBER 30, 2004]

* All Signatures must be notarized.

3

```
 1                                              Attorney/Attorney-in-Fact (if appointed)
 2                                              _____
                                                Signature*
 3
 4                                              _____
                                                Type or Print Name
 5
                                                _____
 6                                              Address

 7                                              _____

 8
 9   State of    _____ )
                                        ) ss.
10   County of   _____ )

11   On _____ before me, (insert name and title of the signer), personally appeared

12   _____

13   _____

14   personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name(s)
     is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
15   authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf
     of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.
16
     Signature _____
17
     My commission expires on _____.                            (SEAL)
18
     *   All Signatures must be notarized.
19
20                                              Presented by:

21                                              _____

22                                              _____

23                                              _____

24
25
26
27
28                                      4
```




November 10, 2003

To whom it may concern:

I am sending this information you requested regarding my movement and addresses and why I had to move.

In 1957 my wife and I built our home at 11838 Connor Street in Houston, Texas. As shown on her death certificate, she passes away April 14, 1994. She could not sign the forms, being deceased.

I had a severe stroke on June 13, 1994 that left me unable to care for myself. My son moved me to his home at 17687 Linda Lane, Conroe, Texas. From there m son built a home at 803 Mesquite Dr., Magnolia, Texas and moved me in with him.

I never got to probate my wife's will. I went to the courthouse in Houston, Texas and they gave me heirship papers stating we did not owe any debts to anyone.

I am sending letters with heirship papers hoping I can get this matter wrapped up as soon as possible.

If you need anything else please do not hesitate to call me daughter in law Bonney at 713-968-8710.

Thank you / *[signature: Carl D Young]*

Carl D Young

# AFFIDAVIT OF HEIRSHIP

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

STATE OF TEXAS §

COUNTY OF HARRIS §

06/28/00   300409418   U473235   $15.00

BEFORE ME, the undersigned Notary Public on this day personally appeared Carl Douglas Pounds, herein called "Affiant", to me well known to be a credible person, and who, after being duly sworn, upon his oath deposed and said:

1. That my name is CARL DOUGLAS POUNDS; I reside at 11829 Connor Street, Houston, Texas 77039. I am over the age of twenty-one (21) years; I am married to Christine Pounds; and I am personally acquainted with the family history of Doris Ruth Wimberly Young.

2. That Doris Ruth Wimberly Young died intestate on or about April 14, 1994, in Houston, Harris County, Texas.

3. That prior to her death Doris Ruth Wimberly Young owned an interest in the following described property situated in Harris County, Texas, to wit:

    11838 Connor, Houston, Harris County, Texas
    4818 Bethany Lane, Houston, Harris County, Texas

4. Doris Ruth Wimberly Young was married one time and only one time and that was to Carl D. Young on August 4, 1945.

5. There were no children born to or adopted by Doris Ruth Wimberly Young during her lifetime other than: David Lee Young, born December 23, 1946; Rodney Dee Young, born July 12, 1949; Robert Allen Young, born October 3, 1951 (deceased); Daniel Wayne Young, born October 29, 1955 (deceased); and Kerry Paul Young, born September 26, 1960; and there were no children taken into her home to raise.

6. No administration or probate proceedings have been initiated with regard to the estate of Doris Ruth Wimberly Young since her death.

7. There are no unpaid debts or taxes of any kind of Doris Ruth Wimberly Young.

8. That ever since the acquisition of such property by Doris Ruth Wimberly Young, she had been in peaceable and undisturbed possession of such real property and neither her possession nor her title thereto had ever been disputed or denied by anyone. To the best of my information and belief.

405 Main LL105
Attorney Services of Greater Houston
Houston Tx 77002

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

9. That there was no use, tenancy or occupancy of such real property or any part of title or interest by adverse possession, to my knowledge.

10. The domicile and residency of Doris Ruth Wimberly Young on date of death was 11838 Connor, Houston, Harris County, Texas 77039.

Further Affiant saith not.

EXECUTED THIS ___28___ DAY OF ___June___, 2000.

_____Carl Douglas Pounds_____
CARL DOUGLAS POUNDS,
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by Carl Douglas Pounds this ___28___ day of ___June___, 2000.

[Seal: BEATRIZ ORTIZ, Notary Public, State of Texas, Commission Expires November 20, 2003]

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

THE STATE OF TEXAS §

COUNTY OF HARRIS §

___28___ This instrument was acknowledged before me on this the ___ day of ___June___, 2000 by CARL DOUGLAS POUNDS.

[Seal: BEATRIZ ORTIZ, Notary Public, State of Texas, Commission Expires November 20, 2003]

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

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

THE STATE OF TEXAS §

COUNTY OF HARRIS §

BEFORE ME, the undersigned Notary Public on this day personally appeared Christine Pounds, herein called "Affiant", well known to me to be a credible person, and who, after being by me duly sworn, upon her oath, deposed and said:

1. That my name is Christine Pounds; I was a friend of Doris Ruth Wimberly Young; I am over the age of twenty-one (21) years; that I reside at 11829 Connor Street, Houston, Texas 77039 and I was personally acquainted with the family history of Doris Ruth Wimberly Young during her lifetime;

2. That I have read the foregoing statements of Carl Douglas Pounds as contained in the foregoing affidavit, and know that statements are true and correct.

Further Affiant saith not.

EXECUTED this _____28_____ day of _____June_____, 2000.

_____
CHRISTINE POUNDS,
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by Christine Pounds, on this _____28_____ day of _____June_____, 2000.

BEATRIZ ORTIZ
Notary Public, State of Texas
My Commission Expires
November 30, 2003

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

THE STATE OF TEXAS §

COUNTY OF HARRIS §

This instrument was acknowledged before me on this _____28_____ day of _____June_____ by Christine Pounds.

BEATRIZ ORTIZ
Notary Public, State of Texas
My Commission Expires
November 30, 2003

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

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

THE STATE OF TEXAS §

COUNTY OF HARRIS §

BEFORE ME, the undersigned Notary Public on this day personally appeared Karen Black, herein called "Affiant" well known to me to be a credible person, and who, after being by me duly sworn, upon her oath, deposed and said:

1. That my name is Karen Black; I was a friend of Doris Ruth Wimberly Young; I am over the age of twenty-one (21) years; that I reside at 1078A Bearden, Huffman, Texas 77336 and I was personally acquainted with the family history of Doris Ruth Wimberly Young.

2. That I have read the foregoing statements of Carl Douglas Pounds as contained in the foregoing affidavit and know that said statements are true and correct.

EXECUTED this _____28_____ day of ___June___, 2000.

_____
KAREN BLACK

SUBSCRIBED AND SWORN TO BEFORE ME by Karen Black on this __28__ day of ___June___, 2000.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

THE STATE OF TEXAS §

COUNTY OF HARRIS §

This instrument was acknowledged before me on this __28__ day of ___June___, 2000, by Karen Black.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



# City of Houston, Texas

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER**

Doris Ruth Young Wimberly Female April 14, 1994

September 17, 1928 Houston, Texas 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

Caucasian

Carl Young Teacher Education

11831 Cooper Street Houston

Harris Texas 77039 [X] Yes [ ] No

Lee Wimberly Aubrey Pearl Reid

Harris Houston Memorial Northwest Medical Center

Husband 11831 Cooper Street, Houston, TX 77039

Brookside Memorial Park 4/18/1994

Brookside Funeral Home
P.O. Box 11096
Houston, Texas 77293

4-14-94 3:40 P.M.

Hiram B. Reid, MD, 8830 Long Point #507, Houston, Texas 77055

PULMONARY EMBOLISM

01 05772 MAY 04, 1994

4298808

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS
COUNTY OF HARRIS } ss  DATE ISSUED  JUL 0 3 200_

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
LAMINATION MAY VOID CERTIFICATE.


