**ORIGINAL**

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY

Angel and Petrona Moreyra
1840 Jefferson Avenue, No.206
Miami Beach, FL 33139
(305) 673-3023

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: BULLION RESERVE OF NORTH AMERICA,

CASE NUMBER LA 83-10826-BR

HEARING DATE:
TIME:
Debtor.   PLACE:



FILED
DEC 19 2003

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,489.85 _____ which is the sum of all monies deposited with the court on the following date(s) NOVEMBER, 2000 _____
on behalf of the creditor Petrona Moreyra and Angel Moreyra _____ on claim number(s) 2087 _____

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a.  I am the creditor named in paragraph 1.

   ☐ b.  I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c.  I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

*Rev. 08/02*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*     **F 3011-1**

In re BULLION RESERVE OF NORTH AMERICA                    CHAPTER 7

                                              Debtor.    CASE NUMBER LA 83-10826-BR

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

      1840 JEFFERSON AVENUE, NO. 206

      MIAMI BEACH, FLORIDA 33139

      (305) 673-3023

   b. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

      N/A

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On 12/03/03 _____, a fully completed copy of this document was mailed to the:

| United States Attorney | United States Trustee's Office | Trustee, Reorganized Debtor or |
| 312 North Spring Street | 725 South Figueroa | other Fiduciary in charge of |
| Los Angeles, CA 90012 | 26th Floor | distributing payment of claims |
|  | Los Angeles, CA 90017 | Address (to be inserted) |

Curtis B. Danning

2029 Century Park East, 3rd Floor

Los Angeles, CA 90067-2904

Motion for Order Releasing Unclaimed Funds - *Page 3*    F 3011-1

In re BULLION RESERVE OF NORTH AMERICA    CHAPTER 7

Debtor.    CASE NUMBER LA 83-10826-BR

_____
Creditor

(Corporate Seal

ANGEL O. MOREYRA

Type or Print Creditor's Name

if applicable)

1840 JEFFERSON AVENUE, NO. 206

Creditor's Address

MIAMI BEACH

FLORIDA 33139

STATE OF ~~CALIFORNIA~~ FLA, COUNTY OF MIAMI DADE

On Dec 3/2003 before me, personally appeared (insert name and title of the signer)

ANGEL O. MOREYRA and PETRONA MOREYRA

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

OFFICIAL NOTARY SEAL
DOUGLAS D STRATTON
COMMISSION NUMBER
DD165469
MY COMMISSION EXPIRES
NOV. 19, 2006

My commission expires on 11/19/06

Motion for Order Releasing Unclaimed Funds - Page 3          F 3011-1

In re  BULLION RESERVE OF NORTH AMERICA                    CHAPTER _____

Debtor.   CASE NUMBER  LA 83-10826-BR

_____
Creditor

PETRONA MOREYRA
Type or Print Creditor's Name

(Corporate Seal

if applicable)

_____
Creditor's Address

_____

_____


STATE OF ~~CALIFORNIA~~ Florida, COUNTY OF  Miami-Dade _____

On  Dec 3/2003 _____ before me, personally appeared (insert name and title of the signer)

PETRONA MOREYRA
_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

My commission expires on  11/19/06

OFFICIAL NOTARY SEAL
DOUGLAS D STRATTON
COMMISSION NUMBER
DD165469
MY COMMISSION EXPIRES
NOV. 19, 2006

---

Rev. 08/02   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.          F 3011-1

[Passport 1 — rotated image of U.S. passport data page]

hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique

prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA
Passport No.: 154782946
Surname/Nom: MOREYRA
Given names/Prénoms: PETRONA CARMEN
Nationality: UNITED STATES OF AMERICA
Date of birth: 08 AUG/AOU 33
Sex: F
Place of birth: ARGENTINA
Date of issue: 15 AUG/AOU 96
Date of expiration: 14 AUG/AOU 06
Authority: PASSPORT AGENCY
NATIONAL PASSPORT CTR
Amendments/Modifications: SEE PAGE 24

P<USAMOREYRA<<PETRONA<CARMEN<<<<<<<<<<<<<<<<<
1547829462USA3308084F0608141<<<<<<<<<<<<<<<<<

---

[Passport 2 — rotated image of U.S. passport data page]

hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique

prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA
Passport No.: 152139...
Surname/Nom: MOREYRA
Given names/Prénoms: ANGEL OMAR
Nationality: UNITED STATES OF AMERICA
Date of birth: 09 NOV/NOV 30
Sex: M
Place of birth: ARGENTINA
Date of issue: 23 JAN/JAN 95
Date of expiration: 22 JAN/JAN ...
Authority: PASSPORT AGENCY
NATIONAL PASSPORT CTR

P<USAMOREYRA<<ANGEL<OMAR<<<<<<<<<<<<<<<<<<<<<
1398...SA3011098M0501220<<<<<<<<<

## Passport 1 (rotated)

**UNITED STATES OF AMERICA**

Passport No.: 154782946

Surname: MOREYRA
Given names: PETRONA CARMEN
Nationality: UNITED STATES OF AMERICA
Date of birth: 08 AUG/AOU 33
Place of birth: ARGENTINA
Sex: F
Date of issue: 15 AUG/AOU 96
Date of expiration: 14 AUG/AOU 0[6]
Authority: PASSPORT AGENCY
NATIONAL PASSPORT CTR
Amendments/Modifications: SEE PAGE 24

Hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

```
P<USAMOREYRA<<PETRONA<CARMEN<<<<<<<<<<<<<<<<<
1547829462USA3308084F0608141<<<<<<<<<<<<<<<<
```

## Passport 2 (rotated)

**UNITED STATES OF AMERICA**

Passport No.: 15213...

Surname: MOREYRA
Given names: ANGEL OMAR
Nationality: UNITED STATES OF AMERICA
Date of birth: 09 NOV/NOV 30
Place of birth: ARGENTINA
Sex: M
Date of issue: 23 JAN/JAN 95
Date of expiration: 22 JAN/... 
Authority: PASSPORT AGENCY
NATIONAL PASSPORT CTR

Hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

```
P<USAMOREYRA<<ANGEL<OMAR<<<<<<<<<<<<<<<<<<<<
398...USA3011098M0501220<<<<<<<<<<<<<<<<
```

Motion for Order Releasing Unclaimed Funds - *Page 4*　　　　F 3011-1

In re BULLION RESERVE OF NORTH AMERICA　　　　CHAPTER 7

　　　　　　　　　　　　　　　　Debtor.　CASE NUMBER LA 83-10826-BR

_____
Signature of Attorney/Attorney-in-Fact (if appointed)

Douglas D. Stratton, Esq.
Type or Print Name

407 Lincoln Road, Suite 2A
Address

Miami Beach, Florida 33139

(305) 672-7772 phone (305) 672-1038 fax

STATE OF ~~CALIFORNIA~~ Florida, COUNTY OF Miami-Dade

On December 15, 2003 before me, personally appeared (insert name and title of the signer)

DOUGLAS D. STRATTON

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL) Bonnie J. Padulsky
My Commission DD238718
Expires November 13, 2007

My commission expires on 11/13/2007

Presented by:

_____
_____
_____