

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| | **FILED** AUG 21 2006 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
| In re: BULLION RESERVE OF NORTH AMERICA | CASE NUMBER LA 83-18026-BR |
| | HEARING DATE: TIME: |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ __7,413.99__ which is the sum of all monies deposited with the court on the following date(s) __11/22/2000__ on behalf of the creditor __Vance B. Brooks__ on claim number(s) __5103__

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

*(Continued on next page)*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*     **F 3011-1**

| In re | CHAPTER 7 |
|---|---|
| BULLION RESERVE OF NORTH AMERICA   Debtor. | CASE NUMBER LA 83-18026-BR |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Vance B. Brooks

   2214 Sassafras Street, Apt. 113

   Erie, PA 16502

   (814) 878-2730

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The Trustee's report reflected an address of 4601 Glenwood Park

   Avenue, Erie, PA. That address is no longer valid for Mr. Brooks.

   Mr. Brooks current address is as listed in para 3 A above.

   Margaret Brooks died on 7/11/97. A death certificate and statement

   of Mr. Brooks authority to receive the monies are attached.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| Motion for Order Releasing Unclaimed Funds - *Page 3* | | F 3011-1 |
|---|---|---|
| In re BULLION RESERVE OF NORTH AMERICA | CHAPTER 7 | |
| | Debtor. | CASE NUMBER LA 83-18026-BR |

*Vance B. Brooks*
Creditor

(Corporate Seal

if applicable)

Vance B. Brooks
Type or Print Creditor's Name

2214 Sassafras Street, Apt. 113
Creditor's Address

Erie, PA 16502

STATE OF ~~CALIFORNIA~~ Pennsylvania, COUNTY OF ___Erie___

On ___August 10, 2006___ before me, personally appeared *(insert name and title of the signer)*

___Vance B. Brooks___

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LEORA L. KRAMER, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON OCT. 31, 2009

*Leora L. Kramer*
Notary Public

My commission expires on ___October 31, 2009___

In re:                                                        )        Chapter 7
Bullion Reserve of North America          )        Case No. LA 83-18026 BR

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on **AUGUST 14, 2006**, I mailed in a sealed envelope, with postage thereon fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

| | | | |
|---|---|---|---|
| 1. | United States Attorney<br>Central District of California<br>312 North Spring Street<br>Los Angeles, CA 90012 | 2. | United States Trustee<br>Central District of California<br>725 South Figueroa, 26th Floor<br>Los Angeles, CA 90017 |
| 3. | Curtis B. Danning, Trustee<br>2929 Century Park East, Third Floor<br>Los Angeles, CA 90067-2904 | 4. | Vin A. Fichter, Debtor's Counsel<br>8550 Balboa Blvd, Suite 206<br>Northridge, CA 91325 |

NOTE ON DEBTOR - NOTICE TO BANKRUPTCY COURT:
Bullion Reserve of North American is no longer an active entity. Bullion Reserve ceased to operate and exist on or about October 1, 1983. The Chairman and Chief Executive Office, ALAN SAXON, is deceased and it is not possible to provide copy to debtor.

Representation for Bullion Reserve of North American is Debtor's Counsel, Vin A. Fichter, as listed above Item #4, and in court date information, Case Summary, webPACER USBC Central District of California, Los Angeles.

**08/14/06**
Date

*Vance B. Brooks*
Vance B. Brooks

BOF 15
(Rev. 1/83)

# United States Bankruptcy Court

For the __Central__, District of __California__

In re * BULLION RESERVE OF
NORTH AMERICA, a California
corporation; and related
cases,
Debtor*

Chapter 11
Bk. No. LA 83-18026-BR and BK. Nos. LA 83-18124-BR through LA 83-18141-BR
(Administrative Consol. under Bk. LA 83-18026-BR)   Case No. _____

## PROOF OF CLAIM

1. [If claimant is an individual claiming for himself] The undersigned, who is the claimant herein, resides at ** 4601 Glenwood Park Avenue, Erie, PA  16509
[If claimant is a partnership claiming through a member] The undersigned, who resides at **
is a member of
composed of the undersigned and                                                                                     , a partnership,
of **
doing business at **                                                                   , and
and is authorized to make this proof of claim on behalf of the partnership.
[If claimant is a corporation claiming through an authorized officer] The undersigned, who resides
at **
is the                                                           of
a corporation organized under the laws of
and doing buiness at **
and is authorized to make this proof of claim on behalf of the corporation.
[If claim is made by agent] The undersigned, who resides at **
                                    , is the agent of
                                    , of **                                                                                                        , and is
authorized to make this proof of claim on behalf of the claimant.

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted [or liable] to this claimant, in the sum of $ 20,140.00.

3. The consideration for this debt [or ground of liability] is as follows:
See other side

4. [If the claim is founded on writing] The writing on which this claim is founded (or a duplicate thereof) is attached hereto [or cannot be attached for the reason set forth in the statement attached hereto].

5. [If appropriate] This claim is founded on an open account, which became [or will become] due on                                    , as shown by the itemized statement attached hereto. Unless it is attached hereto or its absence is explained in an attached statement, no note or other negotiable instrument has been received for the account or any part of it.

6. No judgment has been rendered on the claim ~~except~~.

7. The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.

8. This claim is not subject to any setoff or counter-claim ~~except~~

9. No security interest is held for this claim ~~except~~

[If security interest in property of the debtor is claimed] The undersigned claims the security interest under the writing referred to in paragraph 4 hereof [or under a separate writing which (or a duplicate of which) is attached hereto, or under a separate writing which cannot be attached hereto for the reason set forth in the statement attached hereto]. Evidence of perfection of such security interest is also attached hereto.

5103

[Continue on reverse side]

BOF 15
(Rev. 1/83)

## Reverse Side

10. This claim is a general unsecured claim, except to the extent that the security interest, if any, described in paragraph 9 hereof is sufficient to satisfy the claim.
[*If priority is claimed, state the amount and basis thereof.*]

11. This claim is filed as a(n) (Unsecured) (~~Secured~~) CLAIM.    $ 20,140.00
                                  (~~Priority~~)                   Total Amount Claimed

Claim Number
(For Office Use Only)

5103

Name of Creditor: Vance B. Brooks and Margaret L. Brooks
                  *(Print or Type Full Name of Creditor)*

Dated:                  Signed: *Vance B. Brooks*  *Margaret L. Brooks*

Comments (Use for additional information):

On February 28, 1983, Claimants invested $10,140.00 in platinum sending Bullion Reserve of North America a cashier's check for this amount.

On April 5, 1983, Claimants invested $10,000.00 in gold sending Bullion Reserve of North America a cashier's check for $10,000.00. Copies of Statement of Account sent to claimants by Bullion Reserve of North America on March 28 and April 25, 1983, respectively, are hereto attached.

---

*Penalty for Presenting Fraudulent Claim.* Fine of not more than $5,000 or imprisonment for not more than 5 years or both—Title 18, U.S.C., § 152.

*Include all names used by debtor within last 6 years
**State post office address.



FILED

1  CURTIS B. DANNING [State Bar No. 023717]
   2029 Century Park East, Third Floor
2  Los Angeles, California  90067-2904       00 NOV 22 PM 3:28
   Telephone:  (310) 277-0077
3  Facsimile:  (310) 277-5735                 U.S. BANKRUPTCY COURT
                                              CENTRAL DISTRICT OF CALIFORNIA
4  Chapter 7 Trustee

                        UNITED STATES BANKRUPTCY COURT

                        CENTRAL DISTRICT OF CALIFORNIA

                              LOS ANGELES DIVISION

   In re                              )   CHAPTER 7
                                      )
   BULLION RESERVE OF NORTH           )   CASE NUMBER:  LA 83-18026 BR
   AMERICA,                           )
                                      )   NOTICE OF UNCLAIMED
                                      )   DIVIDEND(S)
                                      )   (Bankruptcy Rule 3011)
                                      )
           Debtor(s).                 )
                                      )

   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Please find annexed hereto check no. 1002 in the sum of $3,286,275.77 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the names(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

   DATED: November 17, 2000

                                          _____
                                          CURTIS B. DANNING
                                          Chapter 7 Trustee

   62977.1   6758

## AFFIDAVIT IN LIEU OF PHOTO IDENTIFICATION

Before me, a Notary Public, in and for Erie County, Pennsylvania personally appeared VANCE B. BROOKS, who deposed and said as follows:

1. Attached hereto as Exhibit "A" is a true and correct photograph of myself taken on February 21, 2006 at the Sarah Reed Retirement Center, 2214 Sassafras Street, Erie, PA.

2. I have no other photo identification because I am 99 years old. I no longer drive and the Sarah Reed Retirement Center does not issue a photo identification card.

Further deponent sayeth not.

*Vance B. Brooks*
Vance B. Brooks

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS: |
| COUNTY OF ERIE | ) |

On this, the 21st day of February, 2006, before me a Notary Public, the undersigned officer, personally appeared **VANCE B. BROOKS**, unremarried widower, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Leora L Kramer*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LEORA L. KRAMER, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON OCT. 31, 2008



H105.905 REV.(01/04)

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Division of Vital Records in accordance with Act 66, P.L. 304, approved by the General Assembly, June 29, 1953.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

*Calvin B. Johnson, M.D., M.P.H.*
Secretary of Health



*Charles Hardester*
State Registrar

No. 3673356

Date: FEB 2 4 2006

## COMMONWEALTH OF PENNSYLVANIA   DEPARTMENT OF HEALTH   VITAL RECORDS
### CERTIFICATE OF DEATH

**1. Name of Decedent:** Margaret L. Brooks
**2. Sex:** Female
**3. Social Security Number:** 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
**4. Date of Death:** July 11, 1997
**5. Age (Last Birthday):** 90 Yrs.
**6. Date of Birth:** April 12, 1907
**7. Birthplace:** Erie, PA
**8. Place of Death:** Nursing Home
**8d. Facility Name:** Sarah A. Reed Retirement Center
**9. Hispanic Origin:** No
**10. Race:** White
**5b. County of Death:** Erie
**5c. City/Boro/Twp of Death:** Erie
**11a. Usual Occupation:** Homemaker
**11b. Kind of Business/Industry:** Own Home
**12. Armed Forces:** No
**13. Education:** 12
**14. Marital Status:** Married
**15. Surviving Spouse:** Vance B. Brooks
**16. Mailing Address:** 227 West 22 Street, Erie, Pa 16502
**17a. State:** Pa
**17b. County:** Erie
**17d.** No, decedent lived within actual limits of Erie
**18. Father's Name:** Robert Orr Dankworth
**19. Mother's Name:** Matilda Adams Dankworth
**20a. Informant's Name:** Vance B. Brooks
**20b. Informant's Mailing Address:** 227 West 22 Street #113 Erie PA 16502
**21. Method of Disposition:** Burial
**21b. Date of Disposition:** July 14, 1997
**21c. Place of Disposition:** Laurel Hill Cemetery
**21d. Location:** Millcreek Township, Pa 16506
**22a. Signature of Funeral Service Licensee:** David C. Schmidt
**22b. License Number:** FD011093-L
**22c. Name and Address of Facility:** Russell C. Schmidt & Son Funeral Home, Inc. 2925 Pine Avenue, Erie, PA 16504
**23a. Signature:** Robert B. Stuart, M.D.
**23b. License Number:** MD0-25368L
**23c. Date Signed:** July 11, 1997
**24. Time of Death:** 2:45 am
**25. Date Pronounced Dead:** July 11, 1997
**26. Case Referred to Medical Examiner/Coroner?** No

**27. PART I:**
a. Immediate Cause: Failure to thrive — 2 wks
b. Due to: Alzheimer Dementia

**28a. Was an Autopsy Performed?** No
**28b. Were Autopsy Findings Available Prior to Completion of Cause of Death?** No
**29. Manner of Death:** Natural

**31b. Signature and Title of Certifier:** Robert B. Stuart, M.D.
**31c. License Number:** MD0-25368L
**31d. Date Signed:** July 11, 1997
**32. Name and Person Who Completed Cause of Death:** Robert Stuart, MD, 3211 Liberty St. Erie, PA 16508
**33. Registrar's Signature and Number:** Mildred Lafferty
**34. Date Filed:** JUL 11 1997

# **AFFIDAVIT**

Before me, a Notary Public, in and for Erie County, Pennsylvania personally appeared VANCE B. BROOKS, who deposed and said as follows:

1. He is the surviving spouse of Margaret L. Brooks;

2. He is the sole beneficiary of Margaret L. Brooks under her Last Will and Testament dated October 20, 1989, a true and correct copy of which is attached hereto;

3. He is the sole surviving joint creditor in Proof of Claim No. 5103 signed by Vance B. Brooks and Margaret L. Brooks in the Bullion Reserve of North America Bankruptcy – BK No. LA83-18026-BR.

Further deponent sayeth not.

                                                             _____
                                                               Vance B. Brooks

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )   ss: |
| COUNTY OF ERIE | ) |

On this, the 21st day of February, 2006, before me a Notary Public, the undersigned officer, personally appeared VANCE B. BROOKS, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

                                                             _____
                                                             Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
LEORA L. KRAMER, NOTARY PUBLIC
    ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON OCT. 31, 2009
```

# LAST WILL AND TESTAMENT

I, MARGARET L. BROOKS, of the City of Erie, County of Erie and Commonwealth of Pennsylvania, being of sound and disposing mind, memory and understanding, do hereby make, publish and declare this to be my Last Will and Testament, hereby revoking and making void any and all former wills by me at any time heretofore made.

## ARTICLE FIRST

I hereby direct that all my legally payable debts, including the expenses of my last sickness, my funeral expenses and the expenses of the administration of my estate, be paid from my residuary estate by my personal representative as soon as practicable after my death. All federal, state and other death taxes, payable because of my death, with respect to property forming my gross estate for tax purposes, whether or not passing under this Will, including any interest or penalty thereon, shall be considered a part of the expenses of the administration of my estate and shall be paid from my residuary estate without apportionment or right of reimbursement.

## ARTICLE SECOND

I give, devise and bequeath all of my estate and property, real, personal and mixed, of whatsoever kind, nature and description, wheresoever situate and whenever acquired,

McClure & Miller
Attorneys at Law
501 Marine Bank Bldg.
Erie, PA 16501 - 1477

unto my husband, VANCE B. BROOKS, in the event that he shall survive me to be his absolutely.

## ARTICLE THIRD

In the event that my said husband, VANCE B. BROOKS, shall predecease me, or in the event that our deaths should occur simultaneously, or approximately so, or in the same common accident or calamity, or under any circumstances causing doubt as to which of us survived the other, my testamentary distribution shall be as follows:

(a)   I give and bequeath all of my personal effects, household goods and jewelry including but not limited to my husband's automobiles and accessories, firearms, sporting goods, fishing tackle, huting and fishing clothing and accessories and tools unto my son, THOMAS R. BROOKS.

(b)   All of the rest, residue and remainder of my estate and property, real, personal and mixed, of whatsoever kind, nature and description, wheresoever situate and whenever acquired, I give, devise and bequeath unto a certain Trust Agreement entered into between VANCE B. BROOKS and MARGARET L. BROOKS as Settlors and MARINE BANK as Trustee dated October 20, 1989.

## ARTICLE FOURTH

In addition to the powers given by law, any personal representative acting hereunder shall have the following discretionary powers applicable to all real and personal property held by any personal representative effective without court order and until actual

McClure & Miller
Attorneys at Law
501 Marine Bank Bldg.
Erie, PA 16501 - 1477

distribution:

(a) To exchange or sell for cash, property or credit, publicly or privately, or to lease for any term without liability on the purchasers or lessees to see to the application of the consideration;

(b) To distribute in cash or kind or partly in each at valuations fixed by any personal representative.

(c) To exercise any option, right or privilege granted in insurance policies and in connection with other investments;

(d) To compromise controversies;

(e) To invest in all forms of property without restriction to investments authorized for fiduciaries.

## ARTICLE FIFTH

I hereby nominate, constitute and appoint my husband, VANCE B. BROOKS, to be the Executor of this, my Last Will and Testament, to serve without bond. In the event that my aforesaid husband, VANCE B. BROOKS, should predecease me, fail, refuse or be unable to act, I hereby nominate, constitute and appoint MARINE BANK, to be the Executor of this, my Last Will and Testament.

IN WITNESS WHEREOF, I, MARGARET L. BROOKS, the Testatrix above named, have hereunto subscribed my name and affixed my seal to this Will, which consists

McClure & Miller
Attorneys at Law
501 Marine Bank Bldg.
Erie, PA 16501 - 1477

of this and three other typewritten pages which bear my signature in the margins thereof this ___ day of October, 1989.

                                                *Margaret L. Brooks* (SEAL)
                                                Margaret L. Brooks

Signed, sealed, published and declared by the above named, MARGARET L. BROOKS, as and for her Last Will and Testament, in the presence of us, who have hereunto subscribed our names at her request, as witnesses thereunto in the presence of said Testatrix and of each other.

_____

_____

McClure & Miller
Attorneys at Law
501 Marine Bank Bldg.
Erie, PA 16501 - 1477

# ACKNOWLEDGEMENT TO SELF-PROVE LAST WILL AND TESTAMENT

We, the witnesses and Testatrix whose signatures appear below and whose names are signed to the attached or foregoing instrument, being duly sworn, do hereby declare and acknowledge to the undersigned authority; (1) that the said Testatrix signed and executed said instrument as her Last Will and Testament; (2) that she signed willingly; (3) that she executed it as her free and voluntary act for the purposes therein expressed; (4) that each of the said witnesses in the presence and hearing of the Testatrix and of each other signed as witnesses; and (5) that the Testatrix was at the time she signed said Will, eighteen (18) years of age or older, of sound mind and under no constraint or undue influence.

_Margaret L. Brooks_ (SEAL)
Testatrix

_[signature]_
Witness

_[address]_
Address

_[signature]_
Witness

_[address]_
Address

Sworn and subscribed before me the above signed Testatrix and the above signed witnesses this ___ day of October, 1989.

_[signature]_

NOTARIAL SEAL
PEGGY L. O'BRIEN, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNSYLVANIA
MY COMMISSION EXPIRES MAY 3, 1993

McClure & Miller
Attorneys at Law
501 Marine Bank Bldg.
Erie, PA 16501 - 1477