ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| CHARLES R. LEVINE<br>3746-SAWGRASS PLACE<br>SANTA ROSA, CA 95403<br>TEL: 707 542-3321 | FILED<br>FEB 24 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: BULLION RESERVE OF NORTH AMERICA | CASE NUMBER LA 83-18026 BR |
|---|---|
| | HEARING DATE: |
| | TIME: |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,528.26 which is the sum of all monies deposited with the court on the following date(s) FEBRUARY 13, 2009 on behalf of the creditor, CHARLES R. LEVINE on claim number(s) _____

2. Please check and complete the applicable subparagraph(s) below:

   ☑ a.  I am the creditor named in paragraph 1.

   ☐ b.  I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c.  I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

(Continued on next page)

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 2* | | **F 3011-1** |
|---|---|---|
| In re BULLION RESERVE OF NORTH AMERICA | | CHAPTER 7 |
| | Debtor. | CASE NUMBER LA83-18026BR |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   3746-SAWGRASS PLACE

   SANTA ROSA, CA 95403

   707 542-3321

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   PLEASE SEE ATTACHED LETTER

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

To:   United States Bankruptcy Court          From:   Charles R Levine
      Central District of California                  3746 Sawgrass Place
      Office of The Clerk                             Santa Rosa, Ca 95403
      Roybal Building
      255 East Temple Street
      Los Angeles, California 90012-3334

February 17, 2009

RE: Bullion reserve of North America
    Chapter 7; Case Number LA83-18026BR

Motion For Order Releasing Unclaimed Funds, Form F 3011-1 (Question number 3b.)

    Enclosed please find a postmarked 1984 envelope, which I received while living at 306 Locus St., San Francisco, CA 94118. I lived at this address in the 1980s when I purchased gold bullion from Bullion Reserve of North America. I have attempted unsuccessfully to contact my ex-landlady at the time, Ann Marie Israel, for further proof of my residency. Please see attached letter. Further; on September 2005, the property owner, John Knechtel; 415 567-8674, did not have copies of Ms. Israel's old records. In addition, I have contacted Pacific Gas and Electric Co., who were unable to provide old bills, as they purge their records "every ten years or so."
    I moved from Locus Street to 1437 Cole Street in San Francisco. From Cole Street I relocated in 1987 to 40 Dominican Drive, San Rafael, Ca. 94901. In February 1994 I moved from Dominican Drive to the home in which I now reside, located at 3746 Sawgrass Place, Santa Rosa, Ca 95403.

02/17/2009

*Charles R. Levine*

Motion for Order Releasing Unclaimed Funds - *Page 3*     **F 3011-1**

| In re  BULLION RESERVE OF NORTH AMERICA | CHAPTER  7 |
|---|---|
|                                      Debtor. | CASE NUMBER  LA83-18026BR |

*[Signature: Charles Levine]*
Creditor

CHARLES R LEVINE
Type or Print Creditor's Name

3746 - SAWGRASS PLACE
Creditor's Address

SANTA ROSA, CA 95403

(Corporate Seal if applicable)

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public

My commission expires on _____

*[Handwritten diagonally across form: "This form is obsolete. Please see attached Notary Acknowledgement"]*

# ACKNOWLEDGMENT

State of California
County of _Sonoma_ )

On _Feb 17, 2009_ before me, _D. Kerrigan, notary public_
(insert name and title of the officer)

personally appeared _Charles R. Leone_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: D. KERRIGAN, COMM. # 1754501, NOTARY PUBLIC - CALIFORNIA, SONOMA COUNTY, My Comm. Exp. July 1, 2011]

Signature _[signature]_     (Seal)

| Motion for Order Releasing Unclaimed Funds - *Page 4* | | **F 3011-1** |
|---|---|---|
| In re BVLLION RESERVE OF NORTH AMERICA | CHAPTER 7 | |
| Debtor. | CASE NUMBER LA 83-18026 BR | |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
*Address*

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

---

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 5*   **F 3011-1**

| In re BULLION RESERVE OF NORTH AMERICA | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 83-18026 BR |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on FEB. 17, 2009, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

UNITED STATES ATTORNEY
CENTRAL DISTRICT OF CALIFORNIA
312 - NORTH SPRING STREET
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA
725 - SOUTH FIGUEROA, 26TH FLOOR
LOS ANGELES, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

CURTIS DANNING
2029 - CENTURY PARK EAST - 3RD FLOOR
LOS ANGELES, CA 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

BULLION RESERVE OF NORTH AMERICA
9255 - SUNSET BLVD.
LOS ANGELES, CA 90069

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

FEB. 17, 2009
Date

*Charles R. Levine*
Signature

CHARLES R. LEVINE
Type or Print Name





**Address Change:**



This License is issued as a license to drive a motor vehicle; it does not establish eligibility for employment, voter registration, or public benefits.