UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

IN RE:                                     )   CASE NO. LA 83-18026 BR
                                           )
   Bullion Reserve of N. America           )   NOTICE OF MOTION AND
                                           )   MOTION FOR RECONSIDERATION
           Debtor                       )   OF ORDER DENYING REQUEST FOR
                                           )   RELEASING OF UNCLAIMED FUNDS
                                           )
                                           )   (Local Rule 111(7)(a)(xiv))
                                           )
_____)


TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE, that pursuant to Local Bankruptcy Rule 111(7)(a)(xiv), claimant William Strebig, by and through The Financial Resources Group, Inc., their Attorney-in-Fact, hereby moves this Court for Reconsideration of its Order Denying Request For Release of Unclaimed Funds ("Motion").
    Said Motion will be based on this Notice, the Memorandum of Points and Authorities filed concurrently herewith, and on all other papers, pleadings and documents on file in this matter.
    PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 111(7)(a), if no objection opposing this Motion is filed with the Court and served on the undersigned within twenty (20) days from the date of mailing of this Notice, an order may be entered by the Court granting the relief requested herein.

Dated: 2-18-11

                                                  THE FINANCIAL RESOURCES GROUP, INC.

                                                  Frank Kloss, President
                                                  Attorney-in-fact for Claimant
                                                  William Strebig,
                                                  40101 Monterey Avenue, Suite B1 #344
                                                  Rancho Mirage, CA 92270


State of: CALIFORNIA
County of: RIVERSIDE

On FEB. 18, 2011 before me, personally appeared Frank Kloss, President, The Financial Resources Group, Inc. personally known to me to be the person whose name is subscribed in the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
    WITNESS my hand and official Seal:

                                                                        Notary Public

ERNEST I. SUSSMAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1847604
RIVERSIDE COUNTY
My Comm. Exp. May 31, 2013

My commission expires: MAY 31, 2013

MEMORANDUM OF POINTS AND AUTHORITIES

I.

1. The Chapter 7 Trustee for Sam C. Stein, filed and served a Notice of Unclaimed Dividends under F.R.B.P. 3011 ("Notice") attached to the Request for Judicial Notice as Exhibit "A" and incorporated herein by this reference is a true and correct copy of said Notice.

2. As set forth on the Notice, William Strebig, is owed $1,485.38 which is the sum of all monies deposited with the Court on behalf of William Strebig.

3. On __12/16/2010__, the Claimant through their Attorney-in-Fact, The Financial Resources Group, Inc., filed a Motion for Order Releasing Unclaimed Funds attached to the Request for Judicial Notice as Exhibit "A: and incorporated herein by this reference is a true and correct copy of said Motion.

4. A true and correct copy of that Motion, and the attachments thereto, is attached hereto and incorporated herein by this reference as Exhibit "B". The original of each attachment to that Motion is attached to the original Motion filed with the Court. For that reason, the original supporting documentation cannot be submitted with this Motion, now with the attached Amended Motion.

5. After considering the Motion, this court entered an Order Denying the Request For Release of Unclaimed Funds ("Order") on January 24, 2011 attached to the Request for Judicial Notice as Exhibit "C" and incorporated herein by this reference is a true and correct copy of said Order.

6. The Order was based on the following grounds: _Taxpayer Identification Number not Provided.__

II.

THE COURT MAY GRANT RELIEF FROM A JUDGMENT OR ORDER

Motions for reconsideration made more than 10 days after entry of a judgment may be considered under Federal Rule of Civil Procedure 60(b), which is made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure 9024, and provides in pertinent part that:

> On motion and upon such terms as are just, the court may relieve a party or party's legal representative from a final judgment, order or proceeding for the following reason...(6) any other reason justifying relief from the operation of the judgment.

The Order Denying For Release of Unclaimed Funds was entered by this Court on __1/24/11__. Accordingly, pursuant to rule 60(b) this court may reconsider its Order for the reasons set forth below.

III.

## THE FACTS AND CIRCUMSTANCES WARRANT A COURT ORDER GRANTING THE REQUEST FOR RELEASE OF UNCLAIMED FUNDS

With respect to the basis for denial of the Motion, it is respectfully submitted that the Taxpayers Identification Number was insufficient as only the last four digits were included. The full Social Security number is 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.

In addition to the forgoing explanation, Claimant's right to receive the funds is supported by the following attached documentation: A true and correct copy of that Motion, and the attachments thereto, is attached hereto and incorporated herein by this reference as Exhibit "A". The original of each attachment to that Motion is attached to the original Motion filed with the Court. For that reason, the original supporting documentation cannot be submitted with this Motion, nor with the attached Amended Motion.

After considering the Motion, this Court entered an Order Denying the Motion for Release Of Unclaimed Funds (hereinafter, "the Order") on ___1/24/11___. Attached hereto and incorporated herein by this reference as Exhibit "C" is a true and correct copy of said Order.

IV.

## CONCLUSION

Accordingly based on the foregoing, The Financial Resources Group, Inc., Attorney-in-Fact for William Strebig, respectfully requests that the Court reconsider its prior Order and grant an order providing for release of the unclaimed funds in the amount of $1,485.38 owing to the Claimant.

Dated: 2-18-11

THE FINANCIAL RESOURCES GROUP, INC.

_____
Frank Kloss, President
Attorney-in-Fact for Claimant
William Strebig
40101 Monterey Avenue, Suite B1 #344
Rancho Mirage, CA 92270

State of: CALIFORNIA
County of: RIVERSIDE

On FEB. 18, 2011 before me, personally appeared Frank Kloss, President, The Financial Resources Group, Inc. personally known to me to be the person whose name is subscribed in the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
    WITNESS my hand and official Seal:

_____
Notary Public

My commission expires: MAY 31, 2013

ERNEST I. SUSSMAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1847604
RIVERSIDE COUNTY
My Comm. Exp. May 31, 2013



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK

KATHLEEN J. CAMPBELL
Executive Officer
Clerk of Court

February 11, 2011

William Strebig
c/o The Financial Resources Group, Inc.
40101 Monterey Ave., Ste. B1 #344
Rancho Mirage, CA 92270

Re Case #: LA83-18026BR

Dear Mr. Strebig,

Your Motion for Order Releasing Unclaimed Funds has been rejected by the United States Bankruptcy Court, Central District of California. Enclosed is a copy of the Order Denying Request for Release of Unclaimed Funds.

If you have any questions on the Order of Denial, please call Windsor Akim, Financial Assistant at (213) 894 - 6153

Sincerely,

James Sandino
Financial Services Supervisor

cc: Windsor Akim
Financial Assistant

ENTERED
JAN 25 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

FILED
JAN 24 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. LA83-18026BR |
| Bullion Reserve of North America | ) | |
| | ) | |
| | ) | ORDER DENYING REQUEST FOR |
| | ) | RELEASE OF UNCLAIMED FUNDS |
| | ) | (28 U.S.C. Section 2042, |
| Debtor (s) | ) | Bankruptcy Rule 9013, |
| | ) | Bankruptcy Local Rule 3011-1) |

On January 10, 2011, William Strebig c/o The Financial Resources Group, Inc. filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____  1.  A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-0999 to obtain the appropriate form.

_____  2.  Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____  3.  Part # _____ Of the motion has not been completed. Not dated & no proof of service provided.

_____  4.  It appears that a copy of the motion was not sent to the claimant.

_____    5.    An original power of attorney was not submitted.

_____    6.    The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____    7.    The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____    8.    The motion does not list the trustee in the case as having been noticed.

_____    9.    There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    10.    The corporate seal is not stamped on the motion &/or power of attorney.

_____    11.    The name on the corporate seal does not match the name listed on the claim.

_____    12.    There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____    13.    The supporting documentation that is provided are not certified copies.

_____    14.    Fund locator submitting this claim has failed to register with this court.

_____    15.    No proof of identification provided (driver license/passport).

  X      16.    Taxpayer Identification Number not provided.

_____    17.    Other:


_____          ___1/24/11___
United States Bankruptcy Judge              Date

JUST1 - REV. 04/00

# THE FINANCIAL RESOURCES GROUP, INC.
40101 Monterey Avenue, Suite B1 #344
Rancho Mirage, CA 92270
Telephone: 800-820-0597  Fax: 800-352-0597

Thursday, December 16, 2010

U. S. Bankruptcy Court
Windsor Akeem
Financial Administrator
300 N. Los Angeles Street, 1st Floor
Los Angeles, CA 90012

Re:    Application for Payment of Unclaimed Funds

       DEBTOR:          Bullion Reserve of N. America
       CASE NO.         LA 83-18026 BR
       CREDITOR:        Wm Strebig
       AMOUNT:          $1,485.38

Dear Mr. Akeem:

Enclosed, please find the necessary documents for our clients application for payment of unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,


Mary Kloss

enclosures

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Bullion Reserve of N. America<br><br>Debtor. | CASE NUMBER<br>LA 83-18026 BR<br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ __1,485.38__ which is the sum of all monies deposited with the court on the following date(s) __11/22/2000__ on behalf of the creditor __William Strebig__ on claim number(s) __2959__

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☒ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed __The Financial Resources Group, Inc.__
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*    F 3011-1

| In re | CHAPTER 7 |
|---|---|
| Bullion Reserve of N. America     Debtor. | CASE NUMBER LA 83-18026 BR |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   William Strebig

   1299 Stephenson Drive

   Troy, OH  45373

   PH: 937-339-4559

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   *We moved from Conrad, Montana to Troy, Ohio in 1984*

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*                               **F 3011-1**

| In re | | CHAPTER __7__ |
|---|---|---|
| | Bullion Reserve of N. America | |
| | Debtor. | CASE NUMBER LA 83-18026 BR |

*[Signature: William V. Strebig]*

Signature of Creditor/Successor

(Corporate Seal

if applicable)

William Strebig
Type or Print Creditor's/Successor's Name

1299 Stephenson Drive
Creditor's/Successor's Address

Troy, OH 45373

STATE OF ~~CALIFORNIA~~ OHIO, COUNTY OF Miami

On William Strebig _____ before me, personally appeared *(insert name and title of the signer)*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*[Signature: Tawnie Moma-Johnson]*
Notary Public

(SEAL)

TAWNIE MOMA-JOHNSON, Notary Public
In and for the State of Ohio
My commission expires on ____ My Commission Expires Jan. 8, 2012

Motion for Order Releasing Unclaimed Funds - *Page 4*    **F 3011-1**

| In re | | CHAPTER __7__ |
|---|---|---|
| Bullion Reserve of N. America | Debtor. | CASE NUMBER LA 83-18026 BR |

_[signature]_ PRESIDENT
Signature of Attorney/Attorney-in-Fact (if appointed)

Frank Kloss   ~~President~~
Type or Print Name

The Financial Resources Group, Inc
Address

40101 Monterey Ave., Suite B1 #344

Rancho Mirage, CA  92270

STATE OF CALIFORNIA, COUNTY OF __RIVERSIDE__

On __DEC. 16, 2010__ before me, personally appeared *(insert name and title of the signer)*

__FRANK KLOSS__

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_[signature]_
Notary Public

(SEAL)

My commission expires on __MAY 31, 2013__

ERNEST I. SUSSMAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1847604
RIVERSIDE COUNTY
My Comm. Exp. May 31, 2013

Presented by:

__Frank Kloss__

Motion for Order Releasing Unclaimed Funds - *Page 5*                    **F 3011-1**

| In re | Bullion Reserve of N. America | Debtor. | CHAPTER 7 |
|---|---|---|---|
| | | | CASE NUMBER LA 83-18026 BR |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __12/16/2010__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney  
Central District of California  
312 North Spring Street  
Los Angeles, CA 90012

United States Trustee  
Central District of California  
725 South Figueroa, 26th Floor  
Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Curtis B Danning  
2029 Century Pk East #1900  
Los Angeles, CA 90067-3005

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Bullion Reserve of N. America  
9255 Sunset Blvd.  
Los Angeles, CA 90069

Vin A. Fichter  
8550 Balboa Blvd. Ste 206  
Northridge, CA 91325

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

12/16/2010  
Date

Signature

Frank Kloss, President  
Type or Print Name

Attorney/Attorney-in-Fact (if appointed)

*[signature]* PRESIDENT

Signature*

Frank Kloss, President
Type or Print Name

The Financial Resources Group, Inc.
Address

40101 Monterey Avenue, Suite B1 #344

Rancho Mirage, CA 92270

State of  CALIFORNIA           )
                               ) ss.
County of  RIVERSIDE           )

On  DEC. 16, 2010  before me, (insert name and title of the signer), ERNEST I. SUSSMAN, NOTARY PUBLIC,
personally appeared
    FRANK KLOSS


~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

Signature *[signature]*

My commission expires on  MAY 31, 2013          (SEAL)

```
ERNEST I. SUSSMAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1847604
RIVERSIDE COUNTY
My Comm. Exp. May 31, 2013
```

* All Signatures must be notarized.

Presented by  *[signature]* PRESIDENT
              Frank Kloss, President

              The Financial Resources Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE:                )
                      )    CASE NO.   LA 83-18026 BR
Bullion Reserve of N. America    )
                      )    CHAPTER:   7

### AFFIDAVIT OF THE FINANCIAL RESOURCES GROUP INC.

I, Frank Kloss, hereby state that:

    1. I am President of The Financial Resources Group, Inc. which was appointed "Attorney-in-fact" for <u>William Strebig.</u>

    2. I have made all reasonable efforts to believe that <u>William Strebig</u> is legally entitled to these unclaimed funds being applied for herewith.

    3. I am familiar with the State of California requirements associated with personal representation of individuals and corporations through acting in the capacity of "Attorney-in-fact".

By: _____ PRESIDENT
Frank Kloss, President
The Financial Resources Group, Inc.
40101 Monterey Avenue, Suite B1 #344
Rancho Mirage, CA  92270

*Subscribed and sworn to before me this* 6th *day of* DEC. 20 10

_____
Notary Public
*My commission expires on* MAY 31, 2013

(Seal) 

ERNEST I. SUSSMAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1847604
RIVERSIDE COUNTY
My Comm. Exp. May 31, 2013

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

William Strebig

*has made, constituted and appointed and by these presents does make, constitute and appoint:*
The Financial Resources Group, Inc.
*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit* , ONLY
to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$1,485.38

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.*

_____William V. Strebig_____   _____11/29/10_____
Signature: William Strebig          Date
                                    SSN  XXX-XX-6220

### NOTARY ACKNOWLEDGMENT

State of  Ohio

County of  Miami

SUBSCRIBED AND SWORN on the 29 day of November, 20 10 before me, personally appeared William Strebig personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.
Identification for the above named was Driver License No. (or specify other identification): RM294198 OH

WITNESS my hand and official seal,
Signature  Tawnie Moma-Johnson
Residing at  Troy, OH             (seal)
My commission expires:  TAWNIE MOMA-JOHNSON, Notary Public
                        In and for the State of Ohio
                        My Commission Expires Jan. 8, 2012