Fill in this information to identify the case:

Debtor 1    Bullion Reserve of North America
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the Central District of California

Case number:  2:83-BK-18026 BR

**FILED**

OCT 3 1 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

---

Form 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $ 8,253.90 |
|---|---|
| Claimant's Name: | Claudia L Rokes |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 28241 Westover Way<br>Sun City, CA 92586<br>951-640-4522<br>gmarokes@yahoo.com |

## 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Due to Death

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

## 3. Applicant Information

Applicant represents the following:

☐ Applicant is the Claimant.
☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
☒ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

[X]   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

[X]   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
*Civil Process Clerk-Federal Building*
*300 North Los Angeles Street, Room 7516*
*Los Angeles, CA 90012*

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: *9-30-2025* | Date: |
| *Claudia L Rokes* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| *Claudia L Rokes* | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Claudia L Rokes | |
| Address: 28241 Westover Way Sun City, CA 92586 | Address: |
| Telephone: (951) 640-4522 | Telephone: |
| Email: gmarokes@yahoo.com | Email: |

**7. Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_

COUNTY OF _Riverside_

This Application for Unclaimed Funds, dated _9/30/25_ was subscribed and sworn to (or affirmed) before me on this _30_ day of _September_, 20_25_ by

_Claudia L. Rokes_

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)     Notary Public _Janelle Alamo_

JANELLE ALAMO
Notary Public - California
San Bernardino County
Commission # 2425173
My Comm. Expires Nov 4, 2026

**STATE OF CALIFORNIA**
CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

3052025128873

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202533008463

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT–FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| ROBERT | LAURENCE | ROKES |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| ▮▮/1935 | 89 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | ▮▮▮-1793 | [X] YES [ ] NO [ ] UNK | MARRIED | ▮▮2025 | 0637 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (if yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| BACHELOR | [ ] YES [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| MUNICIPAL BUS DRIVER | CITY GOVERNMENT | 21 |

### USUAL RESIDENCE

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 28241 WESTOVER WAY |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| MENIFEE | RIVERSIDE | 92586 | 50 | CA |

### INFORMANT

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| CLAUDIA LYNN ROKES, WIFE | 28241 WESTOVER WAY, MENIFEE, CA 92586 |

### SPOUSE/SRDP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| CLAUDIA | LYNN | CHRISTENSEN |

| 31. NAME OF PARENT–FIRST | 32. MIDDLE | 33. LAST (BIRTH NAME) | 34. BIRTH STATE |
|---|---|---|---|
| DELBERT | GERALD | ROKES | UT |

| 35. NAME OF PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| NINA | ELIZABETH | STAY | UT |

### FUNERAL DIRECTOR/ LOCAL REGISTRAR

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 06/14/2025 | RIVERSIDE NATIONAL CEMETERY 22495 VAN BUREN BOULEVARD, RIVERSIDE, CA 92518 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BURIAL | ▶ EVELYN J COOLEY | EMB9119 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| MILLER-JONES MENIFEE MEMORIAL PARK AND MORTUARY | FD1490 | ▶ JENNIFER CHEVINSKY, MD MPH | 06/13/2025 |

### PLACE OF DEATH

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| RESIDENCE - HOSPICE | [ ] IP [ ] ER/OP [ ] DOA | [ ] Hospice [ ] Nursing Home/LTC [X] Decedent's Home [ ] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| RIVERSIDE | 28241 WESTOVER WAY | MENIFEE |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → (A) CARDIAC ARREST | | (AT) MIN. | [ ] YES [X] NO — REFERRAL NUMBER |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. (B) ALZHEIMER'S DISEASE | | (BT) YRS | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| (C) | | (CT) | 110. AUTOPSY PERFORMED? [ ] YES [X] NO |
| (D) | | (DT) | 111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO |

Enter the chain of events — diseases, injuries, or complications — that directly caused death, DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| TRANSIENT ISCHEMIC ATTACK, CHRONIC KIDNEY DISEASE STAGE III |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| NO | [ ] YES [X] NO [ ] UNK |

### PHYSICIAN'S CERTIFICATION

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since / Decedent Last Seen Alive (A) 05/22/2025 mm/dd/ccyy (B) ▮▮/2025 mm/dd/ccyy | ▶ JHOETTE DUMLAO, MD | A143279 | ▮▮/2025 |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| JHOETTE DUMLAO, MD 225 WEST HOSPITALITY LANE STE 201, SAN BERNARDINO, CA 92408 |

### CORONER'S USE ONLY

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | [ ] YES [ ] NO [ ] UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

### STATE REGISTRAR

| A | B | C | D | E | | FAX AUTH # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*Jen....* MD

Jennifer Chevinsky, MD MPH FACPM, County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED **Jun 26, 2025**

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PBNCO (Rev) 02/25

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

002452335



# OFFICIAL CERTIFICATION OF TRUST

## PURSUANT TO PROBATE CODE 18100.5

### NOTICE TO PERSON OR ORGANIZATION TO WHOM THIS CERTIFICATION IS PRESENTED:

**THIS FORM IS AN OFFICIAL FORM AUTHORIZED AND PROTECTED BY STATE LAW. FAILURE TO ACCEPT THIS FORM CAN RESULT IN PENALTIES AND DAMAGES. YOU MAY RELY ON THIS FORM WITHOUT FURTHER PROOF OF AUTHORITY.**

Probate Code Sec. 18100.5 provides:
Any person making a demand for "documents in addition to a certification of trust to prove facts set forth in the certification of trust... **shall be liable for damages, including attorney's fees,** incurred as a result of the refusal to accept the certification of trust in lieu of the requested documents...". (emphasis added)

Probate Code Sec. 18100 provides that:
You "are not bound to inquire whether the trustee has power to act or is properly exercising a power and may assume without inquiry the existence of a trust power and its proper exercise" pursuant to this certificate and that you are "fully protected in dealing with or assisting the trustee just as if the trustee has and is properly exercising the power the trustee purports to exercise" **pursuant to this certificate.**

### INSTRUCTIONS TO PERSON OR ORGANIZATION TO WHOM THIS CERTIFICATION IS PRESENTED

1. Check to make sure this form has been signed and notarized.    2. Make a copy of this form for your records.
3. Complete your organization's/institution's forms from the information listed below.
4. Follow the directions of the trustee regarding any matters regarding the trust and any accounts, assets, or property in the name of the trust.

### THE UNDERSIGNED HEREBY CERTIFY AS FOLLOWS:

## Trust Information

This trust was established and is currently in existence as follows:

| | |
|---|---|
| Name of Trust (title of trust document): | Family Trust of Robert Laurence Rokes and Claudia Lynn Rokes |
| Date of Trust or Date of Execution: | DEC 06 2023 |
| Type of Trust: | Revocable Living Trust (revocable by below named trustors) |
| Taxpayer Identification Number: (Trustors Social Security number(s)) | 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 <br> 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 |
| Name of Trustor(s) (Settlor(s), Grantor(s), Donor(s), Creator(s), Maker(s)): (Includes Power to Revoke) | Robert Laurence Rokes and Claudia Lynn Rokes |
| Current Acting Trustee(s): | Claudia Lynn Rokes |
| Signature Authority of Current Acting Trustee(s): (Number of current trustee signatures needed) | Any one trustee(s) |
| Current Beneficiaries): | Above Trustor(s) |
| Name of Parties signing trust: | Above Trustors/Trustees |
| Name in which title to assets should be taken: | Name of Trust as indicated above |
| Mailing address of trust: | Trustor/Trustee's address |
| Successor Trustee(s):  (subject to amendment) | First:  Jennifer L. Aaron <br> Second:  Todd J. Rokes |

The above information is for convenient reference purposes only. It is not meant to be comprehensive, complete, or substantial but merely to help delineate the trust being referred to in a convenient manner.

## Full Force and Effect

Said trust is in full force and effect and has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

## Current Trustee(s)

The names of all the currently acting Trustee(s) of the trust are as indicated above. The number of current trustee signatures necessary to conduct the business of the trust is as indicated above.  Trustees may hold title in one trustees name alone for convenience sake.

## Financial Powers of Trustee(s)

Said trustee(s) have full authority, power, and right to conduct all business on behalf of the trust and otherwise fully act on behalf of the trust and buy, sell, acquire, transfer and otherwise manage all money, accounts, assets, and real and personal property of the trust and sign all documents and papers including but not limited to all checks, signature cards, withdrawal documents, deeds, contracts, and other banking, legal, and financial documents for and on behalf of the trust. Trustor has also given the Trustee(s) of said Trust the specific financial powers listed below in addition to the general powers listed in the trust or on any attached pages:

- To open, close, establish, maintain, and use all manner of interest and non-interest bearing accounts, deposits, and safe deposit boxes of all kinds and in amounts and kinds not covered by FDIC or other insurance.  Make, sign, authorize, and deliver checks, drafts, orders, withdrawals and transfers of all kinds.
- Borrow, assign, pledge, guarantee, grant security, for any person, debt, or obligation and enter into all other credit transactions on behalf of the trust.
- To appoint, name, and authorize all manner of attorneys-in-fact, agents, and others to take any and all actions on behalf of the trust.
- Authorize, obtain and use overdraft lines of credit, credit/debit card, ATM, cash management and all other types of accounts and financial services of all kinds.
- Purchase, acquire, sell, transfer, trade and otherwise deal in all manner of stocks, bonds, indentures, options, warrants/rights and all other investments & securities and real property transactions of any kind.
- To borrow money on behalf of the trust secured and/or unsecured by assets, accounts, funds, property, and/or real estate of the trust.

All powers referred to herein are those currently in effect and there has been no subsequent change or modification therefrom that would cause the representations contained in this certification to be incorrect.

## Successor Trustee(s) Act

The successor trustees may act upon presentation of any of the following: 1) Letter of resignation of the previous trustees, 2) Certified copy of the death certificate of the previous trustee(s), 3) New Certification of Trust showing them as trustees.

## Trustee(s) Signing

The undersigned are the current Trustee(s) of the above named trust.

# SEE EXECUTION AND ACKNOWLEDGMENT ON NEXT PAGES

Rokes\RobertCrtTrstGnlRep.doc
© 2023 S. Darling Law Graphics, 3697 Arlington Ave., Riverside, CA 92506-3938

## SIGNING AND EXECUTION

### CERTIFICATION OF TRUST

THE UNDERSIGNED DECLARE AND CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF CALIFORNIA AND ANY OTHER STATE THAT ALL OF THE INFORMATION, STATEMENTS AND REPRESENTATIONS CONTAINED IN THIS DOCUMENT ARE TRUE AND CORRECT AND IF CALLED TO TESTIFY THERETO COULD AND WOULD SO COMPETENTLY TESTIFY THERETO AND THAT THIS DOCUMENT WAS EXECUTED AT THE PLACE AND DATE INDICATED IN THE NOTARY ACKNOWLEDGMENT.

Trustee Signature: _Robert L. Robes_

Trustee Signature: _Claudia L. Robes_

Robes-Robertof TrustCulReg.doc
© 2023 Dotline Law Graphics - 4697 Arlington Ave., Riverside, CA 92504-3938

# ACKNOWLEDGMENT

## CERTIFICATION OF TRUST

### CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

State of California,
County of: **Riverside**

On _____ DEC 06 2023 _____ ) SS before me _____ **Ryan Michael Darling**

a Notary Public in and for said State, personally appeared:

Claudia Lynn Rokes

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.
Signature:

NOTARY PUBLIC

SEAL:

RYAN MICHAEL DARLING
Notary Public - California
Riverside County
Commission # 2465063
My Comm. Expires Oct 21, 2027

RokesRobertCalTrustCertReg.doc
© 2023 Darling Law Graphics, 3697 Arlington Ave., Riverside, CA 92506-3938

| **Subject** | Application for Payment of Unclaimed Funds |
| **To:** | [gmarokes@yahoo.com <gmarokes@yahoo.com>] |
| **From** | Henjie Festejo <Henjie_Festejo@cacb.uscourts.gov> |
| **Date:** | Fri, Oct 10, 2025 at 4:15 PM |

Good afternoon, Ms. Rokes,

We received your application; however, we will not be able to use any of the paperwork from the previous filing. What we need from you is a certified copy of your late husband's death certificate, a copy of your ID, and any paperwork showing that you are the beneficiary of the estate. When your husband worked with Lost and Found Today, he was collecting the funds on behalf of himself. Since his passing, the funds set aside are to be proven by you, that you are the rightful beneficiary to his unclaimed funds.

If you have any questions or concerns, please feel free to contact me. Thank you.



United States Bankruptcy Court
Central District of California
**Henjie D. Festejo**
**Financial Specialist**

**Los Angeles (213) 894-6135**

henjie_festejo@cacb.uscourts.gov

Let us know how we are doing!!

| | |
|---|---|
| **Subject** | Application for Payment of Unclaimed Funds |
| **To:** | [gmarokes@yahoo.com <gmarokes@yahoo.com>] |
| **From** | Henjie Festejo <Henjie_Festejo@cacb.uscourts.gov> |
| **Date:** | Fri, Oct 10, 2025 at 4:15 PM |

Good afternoon, Ms. Rokes,

We received your application; however, we will not be able to use any of the paperwork from the previous filing. What we need from you is a certified copy of your late husband's death certificate, a copy of your ID, and any paperwork showing that you are the beneficiary of the estate. When your husband worked with Lost and Found Today, he was collecting the funds on behalf of himself. Since his passing, the funds set aside are to be proven by you, that you are the rightful beneficiary to his unclaimed funds.

If you have any questions or concerns, please feel free to contact me. Thank you.



United States Bankruptcy Court
Central District of California
**Henjie D. Festejo**
**Financial Specialist**

**Los Angeles (213) 894-6135**

henjie_festejo@cacb.uscourts.gov

Let us know how we are doing!!

Cert. Death,
copy of License
official Cert. of Trust