UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ENTERED

NOV 0 4 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

In re
Bullion Reserve of North America

Case No: LA83-18026-BR

Debtor (s)

FILED

NOV - 4 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

It appears that a check made payable to R L Rokes totaling $8,253.90 was not presented and paid within the ninety days provided for in Bankruptcy Code §347.  An unclaimed funds report was filed by the trustee on December 10, 2000 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, R L Rokes, passed away and beneficiary of his estate is Claudia L Rokes. Claudia L. Rokes now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,253.90 to Claudia L. Rokes, 28241 Westover Way, Sun CIty, CA 92586.

_____
Honorable Barry Russell

_____11/4/25_____
Date